**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: THE MARRIAGE OF :** | ) | |
| | ) | |
| **PAMELA HARNACK,** | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No. 11 C 7112** |
| **and** | ) | |
| | ) | |
| **STEVE FANADY, Respondent.** | ) | |
| | ) | |
| **JEROME ISRAELOV,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **STEVE FANADY and** | ) | |
| **ALPHA INDUSTRIES ,LLC.,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF MOTION**

TO: SEE SERVICE LIST

PLEASE TAKE NOTICE that on October 19, 2011 at 9:15 a.m. or as soon as thereafter I may be heard, I will appear before the Honorable Robert Gettleman, or any Judge sitting in his place, at the courtroom usually occupied by her in Courtroom 1703 of the United States District Courthouse, 219 South Dearborn Street, Chicago, IL 60604 and present Defendant's Motion to Amend the Notice of Removal and add Additional Necessary Parties pursuant to of the Federal Rules of Civil Procedure 15( c) (3), a copy of which is attached and served upon you.

Respectfully submitted,

/s/ Susan S. Barron

Susan S. Barron
One Northfield Plaza, Suite 300
Northfield, IL 60093
(847) 441-8135 vm (847)441-8136 fax

SERVICE LIST

Pamela Harnack
Vrdolyak Law Office
Mr. Allan Masters
741 North Dearborn St.
Chicago, IL 60654

Mr. Jerome Israelov
DAHL & BONADIES LLC
Mr Edward S. Livingston
30 North LaSalle St.
Suite 1500
Chicago, IL 60602

Mr. Steve Fanady
411 Walnut Street
Unit 3551
Green Cove Springs, Florida 32043

Courtesy Copy: The Honorable Robert Gettleman
US District Court
Courtroom 1703
Dirksen Building
Chicago, IL 60602

CERTIFICATE OF SERVICE

The undersigned attorney certifies that she served the foregoing Notice and referenced pleading by electronic delivery to all parties that have consented to the same and via U. S. Mail on October 16, 2011 by 5:00 P.M.

__________________________

Susan S. Barron