# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | **11 C 7112** | **DATE** | **10/19/2011** |
| **CASE TITLE** | Jerome Israelov vs Steve Fanady | | |

**DOCKET ENTRY TEXT:**

Defendant's motion [6] to amend the notice of removal and add additional parties is denied.
This case is dismissed without prejudice for lack of federal jurisdiction.

[Docketing to mail notice]

00:06

| | |
|---|---|
| Courtroom Deputy | GDS |